Good morning. May I show you your application for a non-representative training course? Yes. Thank you. Hi. Your honor, today's important message may need to incur a non-representative honor, supporting a misogynist or poorly preserved humanist or non-humanist. One of the three sections for more requirements of the new search conception is just saying you're a suck. One way in which such speaking is now allowed is by requiring the consent of a person who has natural or hereditary concerns. So, you honor this. One of the three has the burden of proving that the consentor has shared usages and access for most purposes. And to show that you have a hereditary, you have the burden of showing that the officer has increased by the miscommunication of the consent of the person who has shared usages and access for most purposes. Your case, Chief Garibaldi, is done. Thank you, sir. Your honor, my question is that you seem to have an understanding of the humanist concept. I think you argue that the humanist model is a humanist model because of the hereditary implications. There is a line at the top, Garibaldi. When the officers here ago, or before them, went from being the officers here, when they knew that they were going to get the third grade, when they were going to finish up the search, and there were going to be cases where the officers knew nothing at all about the forensic and non-forensic evidence. So, it's a humanist model. I'm a mother myself. I'm 26. We're in a counseling relationship. And she was just a teenager. And she was on the police. And I think that's a big part of her life. And so, I'm asking you, as a background, you know, because when you're talking about a sexual person as a mother, none of those facts indicate that you're using the consent of a sexual person.  And this is true, sort of, in the family environment, where a constituent is a constituent. So, for me, it's not very much the case with others. I think you can encounter a lot of mothers and fathers. They can consider themselves as sexual victors of our system. So, I think that's part of the case. And then, because, basically, we're talking about counseling here as opposed to a family member, a mother, or a father, and, of course, there's the aliases. It's easier to talk about your case or your own sexual case. The majority of the individuals that you go back to are relationships with their sisters. And so, of course, you want to make assumptions about what the basis of any new relationship is. You see, many mothers and many fathers don't have really new relationships. Most of their children don't have relationships. Most of them don't have homes. And, obviously, there's a lot of new relationships. And that's the case. And we were talking about, in relation to your mother and father, we were talking about a situation where this is very narrow. And, obviously, you need to know what relationship you're in. Some of the people that are in the past, some of the people that are in the present, some of the people that are in the future, some of the people that are behind me, and some of the people that are behind me, you just need to be there to carry forward. And so, you're trying to substitute affection, right? Correct. So, of course, you have to find disturbances. So, if I choose to be careless, what do you mean by that? It's really different than any of the metrics that I've seen in the last three years. However, I would say that I've seen this for at least 18 steps. I wasn't that inferior. And so, although it's hard for folks who've seen it now, it's a great way to get an interpretation of, there's something that I'm not quite there yet, but I think there's something that I'm not there yet. But it's more of, you know, it's just like what you thought that you said. It's just important to have belief in your partners. And then, looking at value, it's like, essentially, right? Well, I'm not going to give you too much information. So, part of the question, part of what this question is, is, do you mind, I'm talking about, the institutional set of things, which is the case of the World Bank. And then, after that, there are a number of other things that you can do. You can also put it into a variable, like, let's say, a share of China's assets. That's the one thing that you can do. So, if you take that into account, it's important to know these things. And you can also, if you don't recall, you can request a key access to these things. These are works that did great funding, but these reports' funding was very, very limited. I think, for the most part, that this question helped all of us, because, for the most part, we had a lot of discourse. So, when you were a parent authority, in cases, because the most part of your authority was for state resources, I think the discourse from there is very clear. Thank you for your time. Thank you. Thank you. Thank you. Okay. Thank you. Thank you. Thank you. Thank you. Thank you. Good morning. Good morning, everyone. We have just over a period of time, just 90 seconds, to get all these results in. So, here, thank you. This is important to know. So, this is Scott's report. This is due in April, and this is a report for smaller corporations. And, you know, we know where it's headed. We know this is a dangerous situation for different nations, and we know that this is a dangerous situation for the nations of the region. And, in response to a further hour, I'm going to talk a little bit more about this report. I'm going to say something that's a little bit different. The report is a few minutes longer than the talk here. That's about it. So, you know, if you're in a dangerous situation, and you've been here for a period of time, and you've probably been in dangerous situations, and you're trying to do something that's potentially dangerous to the officers, and you've been in this area for the past, and you've seen, let's say, for example, where someone looks like screaming and saying, it's going to come, it's going to come, to others around, it's okay, and you've been in, let's say, I don't know, in a situation that's potentially dangerous to the officers, you know, it's potentially dangerous to the officers, they knew that, oh, you're wrong, you're completely wrong, you can't stop it. And, she's looking at you, she's the modeler, she's your supervisor, she's the modeler, and the veteran is also, she's one of those people, she's one of the other officers, and she gives some background and some reasons about why she's a good officer, because she's quite a dangerous person. So, they have a call, and there's this hospital staff that they know, that's right here, that helps them, they come out, they're sitting in a chair, they're out, and this is where, oh, he's the outside, it's, they know that she is, she's the mother of the other, and, this is the person that they can find in Dallas, she's the great lady, she's the lady of the house, and so she comes out and sits in, so, it's this background for them to know about. Basically, everything is going to be clear, it's completely clear what's happening, when, the mother comes out, here, and they come in, right? No, you're already correct. So, I mean, when they stay there, and when the mother comes out, it interrupts them, and it seems to me, that's quite an entry. I think the point of the entry is, well, you can't speak to this last point, and, one question is, whether the parents of the authority, are, nevermind, the parents of the authority, they're saying, well, I'm not, no, it's up to the son. Can you tell me exactly, what authority, based on, I think, um, I think it's a, it's a, it's a, it's a mother, calls her son, and this is a report, and, and, the record, it shows that the mother,   all of this consensus, is, is, is, is, is, is, is, is, is, is, is, is, is, is,     is, is,  is the mother,      she, is, is, is the, is, is, is, is, is, is, is, is the, is, is, is, is, is, is the, is the, is the, is the, is the, is the, is the, is. In In In This This This This This    How Is Is Is Is Is Is Is Is Is Is Is Is Is  Is Is Is Is Is a
judges: Hawkins, Callahan, Soto